**CLYDE & CO US LLP**
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Travelodge Hotels, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NBK ENTERPRISES, LLC, an Iowa Limited Liability Company; BHUPINDER SINGH DHILLON, an individual; NADIM SHAH, an individual; and KHILID BAIG, an individual, <br><br> Defendants. | Civil Action Number 13-cv-1289 CCC-JAD <br><br> **FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, NBK Enterprises, LLC, Nadim Shah and Khilid Baig, *only* ("defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 5, 2013, seeking damages as a result of the breach of a license agreement between THI and defendants, and service of a copy of the Summons and Complaint having been effectuated with respect to NBK Enterprises, LLC by serving it in Rawlins, Wyoming on March 22, 2013, and service of a copy of the Summons and Complaint having been effectuated with respect to Khilid Baig by serving him in Rawlins, Wyoming on March 22, 2013, and service of a copy of the Summons and Complaint having been effectuated with respect to Nadim Shah by serving a copy

same via regular and certified mail on April 30, 2013; and it appearing that default was duly noted by the Clerk of the Court against defendants on June 14, 2013 for its failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 15th day of August, 2013,

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against defendants, jointly and severally, in the total amount of $439,256.23, comprised of the following:

a) $67,825.42 for Recurring Fees (principal plus prejudgment interest);

b) $236,000.00 for liquidated damages;

c) $128,832.66 in prejudgment interest on liquidated damages; and

d) $6,598.15 for attorneys' fees and costs.

_____
CLAIRE C. CECCHI, U.S.D.J.